UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LUIS RUIZ, JR.,

                Plaintiff,

  - against -

SYNCHRONY BANKS, ET AL.,

                Defendants.
---

21-cv-10951 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 22, 2022.

SO ORDERED.

Dated:    New York, New York
            April 11, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    United States District Judge